FILED

10/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0303

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0303

_____

BRIAN JOHN TEMPLE,

     Petitioner and Appellant,

    v.                                   O R D E R

STATE OF MONTANA,

     Respondent and Appellee.

_____

Counsel for Appellant has filed a motion for a 2-week extension of time within which to file his reply brief, which was due October 8, 2021. Upon consideration of Appellant's motion for extension of time,

Appellant is granted an extension of time until October 22, 2021, within which to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 14 2021